No. 625. HUST v. MOORE-MCCORMACK LINES, INC. February 4, 1946. Petition for writ of certiorari to the Supreme Court of Oregon granted. *B. A. Green* and *Edwin D. Hicks* for petitioner. *Erskine Wood* for respondent. *Silas B. Axtell* and *Myron Scott* filed a brief, as *amici curiae*, in support of the petition.

No. 361. BURTON-SUTTON OIL CO., INC. v. COMMISSIONER OF INTERNAL REVENUE. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Cullen R. Liskow* and *Norman F. Anderson* for petitioner. *Acting Solicitor General Judson* for respondent.

No. 675. BIHN v. UNITED STATES. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *David V. Cahill* and *Henry K. Chapman* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 749. ILLINOIS EX REL. GORDON, DIRECTOR OF LABOR, v. UNITED STATES. February 25, 1946. Petition for writ of certiorari to the Supreme Court of Illinois granted. *George F. Barrett,* Attorney General of Illinois, *Albert E. Hallett* and *William C. Wines,* Assistant Attorneys General, for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Norman S. Altman* for the United States.